FILED '09 AUG 25 11:32 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

In re JEFFREY-JOHN RICE        )    Misc. No. 08-8029
                               )
_____)    **ORDER**

**PANNER, Judge.**

On October 9, 2008, Jeffrey-John Rice filed some miscellaneous papers with the Clerk of this court. Those papers included a copy of a complaint in admiralty that had been apparently filed in the Circuit Court for the State of Oregon for the County of Josephine.

The papers filed by Rice were designated "miscellaneous" and placed in the miscellaneous case file. Miscellaneous No. 08-8029 is not a civil action pending in this court. Rice did not file a civil Complaint or pay the standard filing fee for civil actions.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

1 - ORDER

The State of Oregon has moved to dismiss a non-existent complaint. The Motion to Dismiss (## 7 and 8) and Notices of Appearance (## 5 and 6) are stricken.

IT IS SO ORDERED.

DATED this  25  day of August, 2009.

OWEN M. PANNER
UNITED STATES DISTRICT JUDGE

2 - ORDER